UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENEVA BLANCH, et al.,

    Plaintiffs,

v.

BEAUMONT HEALTH, et al.,

    Defendants.

                              /

Case No. 2:19-cv-12678

HONORABLE STEPHEN J. MURPHY, III

## ORDER GRANTING JOINT MOTION
## TO DISMISS [12] AND DISMISSING THE CASE WITH PREJUDICE

Plaintiffs filed a collective action complaint against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"). ECF 1. On December 16, 2019, the parties filed a stipulation of dismissal informing the Court that the parties had settled, ECF 11, and filed a joint motion for approval of settlement and to dismiss the case with prejudice, ECF 12.

"Rule 41(a)(1)(A)(ii) stipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the DOL to take effect." *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). Here, the settlement provides complete relief to Plaintiffs on their FLSA claims, "including liquidated damages, attorney's fees, costs and expenses without compromise." ECF 11, PgID 42. The Court reviewed the joint briefing and the settlement terms and is satisfied that the settlement is fair, adequate, and reasonable. *See Lynn's Food Stores, Inc. v. U.S. ex rel. U.S. Dept. of Labor*, 679 F.2d 1350, 1354 (11th Cir. 1982). The parties entered into the settlement agreement freely and voluntarily, and there is no danger of

collusion. *See Williams v. Alimar Sec., Inc.*, No. 13-12732, 2017 WL 427727, at *1 (E.D. Mich. Feb. 1, 2017) (citing *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012)). The Court will therefore approve the settlement and will dismiss the case with prejudice.

**WHEREFORE**, it is hereby **ORDERED** that the joint motion of the parties to approve the settlement agreement and to dismiss the case [12] is **GRANTED**, and the settlement is **APPROVED**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to either party.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 17, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2019, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager