UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENEVA BLANCH, ET AL.,

    Plaintiffs,

v.

BEAUMONT HEALTH, ET AL.,

    Defendants.
_____/

Case No. 2:19-cv-12678

HONORABLE STEPHEN J. MURPHY, III

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated December 17, 2019, Plaintiffs' claims are dismissed with prejudice.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/ D. Parker
Deputy Clerk

Dated: December 17, 2019

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2019, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager